[Decided July 5, 1894.]

## SHARPE v. HARTMAN.*
[40 Pac. 230.]

APPEAL from Multnomah: LOYAL B. STEARNS, Judge.

This was originally a suit by Penumbra Kelly and others to wind up the affairs of the Northwest Loan and Trust Company, an alleged banking concern in the City of Portland, manipulated by one George B. Markle. The defendant Hartman was appointed receiver in the summer of eighteen hundred and ninety-three, and afterward Kate H. Morgan Sharpe intervened claiming a preference for certain gold coin delivered to the trust company for the

* For a statement of the facts in this case see *Muhlenberg* v. *Northwest Loan and Trust Company* immediately following.—REPORTER.

purpose of paying a mortgage, but which it had converted to its own use. The court below disallowed the preference, and the interventor appealed.

AFFIRMED.

*Messrs. Snow & McCamant*, for Appellant.

*Messrs. Paxton & Paddock*, for Respondent.

PER CURIAM. The facts in the case bring it within the ruling this day announced in *Ferchen* v. *Arndt*, 26 Or. 121, and an order will be entered accordingly.